SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 07 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

5:23-CV-97-DCB-BWR

Hello, My name is Joshua Gonzales.

I have been incarcerated for 16 months on two possession of controlled Substance less then a half gram in pike County Jail.

The last bond reduction I got was on July 26th, 2022.

I haven't been Indicted At all on these Charges and As of a month ago they keep telling me my Charges Are Still pending with the Drug crime Lab.

I am way past the 270 business day mark to be indicted. And on Augest 13th, 2023 pike County Jail moved me to hancock County Jail Due to over crowding.

I am Asking for another bond reduction or a motion to pre-trial dissnissal. and be released.

2

I need you to send me a

Habeas corpus complaint form.
I havn't been convicted or Indicted
on these charges.